United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE A. BANKS,<br>         Plaintiff,<br>   v.<br>RON BLOOMFIELD,<br>         Defendant. | Case No. 21-cv-00857-JST<br><br>**ORDER OF DISMISSAL** |

On February 3, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 1.  That same day, the Clerk of the Court informed Plaintiff that this action was deficient because (1) he had filed to sign his complaint as required by the Federal Rules of Civil Procedure and (2) he had failed to either pay the filing fee or submit an application to proceed *in forma pauperis*.  ECF Nos. 2 and 3.  Plaintiff was cautioned that the failure to correct these deficiencies by March 1, 2021 would result in dismissal of this action.  *Id.*  The deadline has passed and Plaintiff has not submitted a signed copy of his complaint, and he has not submitted an *in forma pauperis* application or paid the filing fee.  Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  Because this dismissal is without prejudice, Plaintiff may move to reopen the action.  Any such motion **must** contain (1) a signed complaint on the proper form, and (2) a complete *in forma pauperis* application, or full payment for the $350.00 filing fee.  The Clerk shall terminate all pending motions, enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  March 29, 2021

_____
JON S. TIGAR
United States District Judge